Kevin M. Cassidy (*pro hac vice*)
cassidy@lclark.edu
Aubrey Baldwin (*pro hac vice*)
abaldwin@lclark.edu
**EARTHRISE LAW CENTER**
**LEWIS & CLARK LAW SCHOOL**
10015 SW Terwilliger Blvd.
Portland, OR  97219
Tel: (781) 659-1696 (Cassidy); Tel: (503) 768-6929 (Baldwin)
Fax: (503) 768-6642

Daniel P. Mensher (*pro hac vice*)
dmensher@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Tel: (206) 623-1900, Fax (206) 623-3384

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISHTOYO FOUNDATION, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>MAGIC MOUNTAIN LLC, ET AL.,<br><br>Defendants. | No. 2:12-cv-05600-GAF (MANx)<br><br>Hon. Gary A. Feess<br><br>**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:       August 18, 2014<br>Time:      9:30 a.m.<br>Location:  Courtroom 740<br>Action Filed: June 27, 2012<br>Trial:        January 20, 2015 |

**MOTION FOR PARTIAL SUMMARY JUDGMENT**
1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 18, 2014, or as soon thereafter as the matter may be heard before the Honorable Gary A. Feess, in Courtroom 740 of the United States District Court, Central District of California, located at the Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012, Plaintiffs Wishtoyo Foundation, Santa Monica Baykeeper, and Friends of the Santa Clara River (collectively "Plaintiffs"), will and hereby do, move the Court to grant Summary Judgment in Plaintiffs' favor on their Fourth Claim for Relief in their Complaint, for the reasons set forth in the Plaintiffs' Memorandum in Support of their Motion for Partial Summary Judgment, and supporting documents, and any hearings on this Motion.

DATED this 24th day of June, 2014.

KELLER ROHRBACK L.L.P.

By /s/ *Daniel P. Mensher*
    Daniel P. Mensher (Pro Hac Vice)
    dmensher@kellerrohrback.com
    1201 Third Avenue, Suite 3200
    Seattle, Washington 98101-3052
    (206) 623-1900, Fax (206) 623-3384

Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I certify that on **June 24, 2014**, on behalf of Plaintiffs Wishtoyo Foundation, Los Angeles Coastkeeper (d/b/a Santa Monica Baykeeper) and Friends of the Santa Clara River, I electronically filed the foregoing Motion for Partial Summary Judgment with the Clerk of the Court using the CMECF system, which will send notification of such filing to the following:

**Jason Weiner, Tatiana Gaur, Kevin Cassidy and Aubrey Baldwin,** Attorneys for Plaintiffs

**Steven Hoch, Ryan McKim, and Sudhir L. Burgaard**, Attorneys for Defendants

DATED this **June 24, 2014**.

Respectfully submitted,
/s/  *Daniel P Mensher*
Daniel P Mensher

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**