1  KEVIN M. CASSIDY (*pro hac vice*)
   ALLISON M. LAPLANTE (*pro hac vice*)
2  LIA C. COMERFORD (*pro hac vice*)
   EARTHRISE LAW CENTER
3  LEWIS & CLARK LAW SCHOOL
   10015 SW Terwilliger Blvd.
4  Portland, OR 97219
   Telephone: (781) 659-1696, cassidy@lclark.edu
5  Telephone: (503) 768-6894, laplante@lclark.edu
   Telephone: (503) 768-6823, comerford@lclark.edu
6  Facsimile: (503) 768-6642

7  DANIEL P. MENSHER (*pro hac vice*)
   KELLER ROHRBACK L.L.P.
8  1201 Third Avenue, Suite 3200
   Seattle, WA 98101
9  Telephone: (206) 428-0608, dmensher@kellerrohrback.com
   Facsimile: (206) 623-3384

10 *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISHTOYO FOUNDATION, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>MAGIC MOUNTAIN LLC, et al.<br><br>Defendants. | Case No.: 2:12-cv-05600-GAF (MANx)<br><br>**DISCOVERY MOTION**<br>Hon. Margaret A. Nagle<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL DOCUMENT PRODUCTION**<br><br>Date: 12/2/2014<br>Location: Courtroom 580<br>Time: 10:00 AM<br>Action Filed: 6/27/2012<br>Discovery Cut-off: 12/18/2014<br>Pre-trial Conference: 3/9/2015<br>Trial: 4/7/2015 |

1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 2, 2014, in Courtroom 580 of the above-entitled Court, located at 255 East Temple Street, Los Angeles, California, 90012, Plaintiffs Wishtoyo Foundation and its Ventura Coastkeeper Program, Los Angeles Waterkeeper, and Friends of the Santa Clara River (collectively "Plaintiffs"), will and hereby move the Court for an order requiring Defendants Magic Mountain, LLC, and Six Flags Theme Parks, Inc. (together "Defendants"), to produce non-privileged communications with and documents from Defendants' consultant, Kennedy/Jenks, as well as responsive, non-privileged internal emails.

This Motion is based on the attached Joint Stipulation Regarding Defendants' Document Production, the attached Declarations and Exhibits thereto, all pleadings, papers, and proceedings in this action, and such other matters as the Court deems proper.

This Motion is made following the conference of counsel pursuant to Local Rule 37-1, which took place on October 6, 2014, regarding issues related to the Motion. Kevin Cassidy, Allison LaPlante, and Lia Comerford were present for Plaintiffs during the conference. Sudhir Burgaard, Ryan McKim, and Hubert Lee were present for Defendants during the conference.

///

DATED November 6, 2014.

                          Respectfully submitted,

                          */s/ Lia C. Comerford*
                          LIA C. COMERFORD
                          EARTHRISE LAW CENTER
                          LEWIS & CLARK LAW SCHOOL
                          10015 SW Terwilliger Blvd.
                          Portland, OR 97219
                          Telephone: (503) 768-6823
                          Facsimile: (503) 768-6642
                          comerfordl@lclark.edu

                          *Attorney for Plaintiffs*

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL DOCUMENT PRODUCTION**

## CERTIFICATE OF SERVICE

I certify that on November 6, 2014, on behalf of Plaintiffs Wishtoyo Foundation, Los Angeles Waterkeeper, and Friends of the Santa Clara River, I served the foregoing Plaintiffs' Notice of Motion and Motion to Compel Document Production with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Jason Weiner, Tatiana Gaur, Daniel P. Mensher, Allison M. LaPlante, and Kevin M. Cassidy,** Attorneys for Plaintiffs;

**Steven Hoch, Sudhir L. Burgaard, Ryan McKim, and Hubert Lee,** Attorneys for Defendants.

DATED this 6th day of November, 2014.

                                        Respectfully submitted,

                                        */s/ Lia C. Comerford*
                                        Lia C. Comerford

                                        ATTORNEY FOR PLAINTIFFS WISHTOYO FOUNDATION AND ITS VENTURA COASTKEEPER PROGRAM, LOS ANGELES WATERKEEPER, AND FRIENDS OF THE SANTA CLARA RIVER